IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

                                                Hon: Mark A. Goldsmith

                                                Civil Action No: 13-CV-11968

LINDSAY MIDDLETON,

      Plaintiff,

V.

KEVIN C. BOLLAERT,

BLUE MIST MEDIA, LLC, a limited liability
company of unknown origin d/b/a "UGOTPOSTED"

      Defendants.

_____

Ari Lehman (P68862)
Lehman Law PLLC
Attorney For Plaintiff
28175 Haggerty Road
Novi, MI 48375
248-859-4397
Fax: 866-591-3680
alehman@lehmanlawpllc.com
_____

### JUDGMENT AGAINST BLUE MIST MEDIA AND KEVIN BOLLAERT

      This matter having come before the Court on Plaintiff's Motion to Default Against Blue Mist Media and Kevin Bollaert, and the Court being fully advised in the matter, for the reasons stated on the record in the Supporting Brief, Affidavit in Support of Damages, and Affidavit in Support of Attorney Fees on August 15, 2013;

      **IT IS HEREBY ORDERED:**

      That Blue Mist Media and Kevin Bollaert are jointly and severally liable to Lindsay Middleton in the amount of $301,658.55 which includes cost and attorney fees to date.

THIS ORDER RESOLVES THE LAST PENDING MATTER AND CLOSES THE CASE.

Dated: September 4, 2013　　　　　　　　s/Mark A. Goldsmith
　　　　Flint, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

　　　The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 4, 2013.

　　　　　　　　　　　　　　　　　　　　　s/Deborah J. Goltz
　　　　　　　　　　　　　　　　　　　　　DEBORAH J. GOLTZ
　　　　　　　　　　　　　　　　　　　　　Case Manager


APPROVED AS TO FORM:

　　　　　　　　　　/s/Ari Lehman (P68862)　　　　Dated: August 22, 2013

2